


UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2018
AUGUST 13, 2019 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:19-cr-00199

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

JOSHUA ELLIS PAHOLSKY

# I N D I C T M E N T
(Felon in Possession of a Firearm)

The Grand Jury Charges:

1. On or about March 11, 2019, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant JOSHUA ELLIS PAHOLSKY knowingly possessed a firearm, that is, a loaded Smith and Wesson .380 caliber pistol, in and affecting interstate commerce.

2. At the time defendant JOSHUA ELLIS PAHOLSKY possessed the aforesaid firearm, he knew he had been convicted of a crime which was punishable by a term of imprisonment exceeding one year as defined in 18 U.S.C. § 921(a)(20), that is: convicted on or about July 2, 2008, in the Circuit Court of Cabell County, West Virginia, of the felony offense of First Degree Robbery in violation of West Virginia Code § 61-2-12(a).

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

                              MICHAEL B. STUART
                              United States Attorney

By: _____
     RYAN A. KEEFE
     Assistant United States Attorney