IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO. 3:19-CR-199

JOSHUA ELLIS PAHOLSKY

MOTION FOR DETENTION HEARING

The United States moves this Court to hold a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

1.   Eligibility of Case.  This case involves a:

_____  crime of violence [18 U.S.C. § 3142(f)(1)(a)]

_____  maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

_____  10+ year controlled substance offense [18  U.S.C. § 3142(f)(1)(C)]

_____  felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

__X__  minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

_____  serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

_____  serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

2.    Reason for Detention.  The court should detain defendant because no conditions of release will reasonably assure (check one or both):

         x   Defendant's appearance as required

         x   Safety of any other person and the community

3.    Rebuttable Presumption.   The United States will not invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e).  (If yes)  The presumption applies because:

_____   Probable cause to believe defendant committed 10+ year controlled substance offense, or offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

_____   Previous  conviction  for  "eligible"  offense committed  while  on  pretrial  bond.   Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

_____   Probable cause to believe defendant committed an offense  involving  a  minor  as  a  victim  under  18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425).

4.    Time for Detention Hearing.  The United States requests the court conduct the detention hearing,

_____   At first appearance

   x   After continuance of   3   days (not more than 3).

5.    Temporary Detention.  The United States moves the court to  detain  the  defendant  during  any  continuance  and  pending completion of the detention hearing.

6.    Other Matters.

_____

_____

DATED: March 6, 2020

                              Respectfully submitted,

                              MICHAEL B. STUART
                              United States Attorney

                    By:

                              s/Ryan A. Keefe_____
                              RYAN A. KEEFE
                              Assistant United States Attorney
                              ND State Bar No. 08001
                              845 Fifth Avenue, Rm 209
                              Huntington, WV 25701
                              Telephone:  304-529-5799
                              Fax: 304-529-5545
                              Email: ryan.keefe@usdoj.gov